No. 11–6941.   SHUE v. SISTO, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–6943.   ROBIDOUX v. MURPHY, ACTING SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER.   C. A. 1st Cir.   Certiorari denied.

No. 11–6945.   MILLER v. PERRY, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–6946.   BROWN v. FEDERAL BUREAU OF PRISONS ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 11–6949.   BUCHANAN v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.   C. A. 9th Cir.   Certiorari denied.

No. 11–6950.   BERRY v. RIVARD, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–6975.   WESTBROOK v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 11–6995.   JOHN-CHARLES v. CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 11–7006.   ALVINO CANO v. CASKEY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 11–7019.   RYBURN v. RAMOS, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 11–7058.   ROGERS v. KELLER, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION.   C. A. 4th Cir.   Certiorari denied.

No. 11–7073.   THOMAS v. LUDWICK, WARDEN.   C. A. 6th Cir.   Certiorari denied.

